UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
GOLDEN KRUST FRANCHISNG, INC., )
d/b/a GOLDEN KRUST CARIBBEAN )
BAKERY & GRILL, )
) Civil Action No.: 09 CIV 5897 (JSR)
)
Plaintiff, ) **JUDGE: HON. JED S. RAKOFF**
)
v. )
)
LOLA RICH, INC., LOIETT GORE, )
LANA KAY GORE, and L. RICHARD GORE, )
)
Defendants. )
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/09

## PERMANENT INJUNCTION

Upon the consent of the Plaintiff, GOLDEN KRUST FRANCHISNG, INC., d/b/a GOLDEN KRUST CARIBBEAN BAKERY & GRILL, and the Defendants, LOLA RICH, INC., LOIETT GORE, LANA KAY GORE, and L. RICHARD GORE, it is hereby

**ORDERED** that the Defendant, LOIETT GORE, her officers, agents, servants, employees, attorneys, parents, subsidiaries, and related companies, and all persons acting for, with, by, through or under them, are permanently enjoined and restrained from:

    a. opening, operating, owning, managing, associating with, or otherwise controlling the Mandeville Restaurant located at 15 South Essex Avenue, Orange, New Jersey 07050;

    b. opening, operating, owning, managing, associating with, or otherwise controlling any restaurant, bakery, and/or grill at 15 South Essex Avenue, Orange, New Jersey 07050;

CORBALLY, GARTLAND AND RAPPLEYEA, LLP • ATTORNEYS AND COUNSELORS AT LAW
35 MARKET STREET • POUGHKEEPSIE, NEW YORK 12601 • (845) 454-1110

  c. opening, operating, owning, managing, associating with, or otherwise controlling any restaurant or food service business within ten (10) miles of the Golden Krust Caribbean Bakery & Grill located at 303 Main Street, Orange, New Jersey 07050; and

  d. opening, operating, owning, managing, associating with, or otherwise controlling any restaurant or food service business within five (5) miles of any other Golden Krust Caribbean Bakery & Grill franchise.

**IT IS HEREBY FURTHER ORDERED** that Jurisdiction is retained by this Court for the purpose of ensuring compliance with the terms of this Permanent Injunction and for enabling the parties to apply to this Court for further orders.

Dated: New York, New York
   July 27, 2009

            _____
            Hon. Jed S. Rakoff
            United States District Court Judge

2

CORBALLY, GARTLAND AND RAPPLEYEA, LLP • ATTORNEYS AND COUNSELORS AT LAW
35 MARKET STREET • POUGHKEEPSIE, NEW YORK 12601 • (845) 454-1110